No. 68470.—Mitsubishi International Corp. *v.* United States, protest 62/17568 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of certain "photo lenses" similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiff was sustained.